PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Kelly                                     Cr.: 98-337

Name of Sentencing Judicial Officer: William H. Walls, United States District Court Judge

Date of Original Sentence: 04/06/99

Original Offense: Possession of Firearms by a Convicted Felon

Original Sentence: 84 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 8/30/04

Assistant U.S. Attorney: Carolyn Murray           Defense Attorney: K. Anthony Thomas

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On April 14, 2005, the Drug Enforcement Agency arrested and charged Kelly with Conspiracy to Distribute and Possession with Intent to Distribute Heroin.. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hilgner
Senior U.S. Probation Officer
Date: 04/19/05

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

28 Apr 2005
Date